James R. Hawkins (SBN 192925)
Christina M. Lucio (SBN 253677)
Mitchell J. Murray (SBN 285691)
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel: (949) 387-7200
Fax: (949) 387-6676
james@jameshawkinsaplc.com
christina@jameshawkinsaplc.com
mitchell@jameshawkinsaplc.com

Attorneys for Plaintiff FRANCISCO HERNANDEZ, on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HERNANDEZ, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BURRTEC WASTE & RECYCLING SERVICES, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 5:21-CV-001490-JWH-SP<br><br>Assigned to Hon. John W. Holcomb<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date:    August 8, 2023<br>Time:   9:00 a.m.<br>Courtroom: 9D<br><br>Complaint Filed: May 28, 2021<br>Removal Filed:   September 1, 2021<br>Trial Date:   None Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on August 8, 2023 at 9:00 a.m. before the Honorable John. W. Holcomb in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA 92701, 9th Floor, Plaintiff Francisco Hernandez ("Plaintiff"), on behalf of himself and the Conditionally Certified Class, will, and hereby does, move this Court for an Order which has the effect of doing the following:

1. Finally adjudicate the Settlement is fair, adequate, and reasonable;
2. Direct distribution of the Settlement by the Settlement Administrator to all participating Class Members in accordance with the Settlement Agreement;
3. Approve and direct the payment to the Settlement Administrator of $11,500.00 for its fees and costs in administering the Settlement;
4. Approve and direct payment to Class Counsel for their attorneys' fees in the sum of $31,850.00 and reimbursement of their litigation costs of $5,991.91;
5. Approve and direct the Class Representative Enhancement Payment to be paid to the Plaintiff Francisco Hernandez in the sum of $4,000; and
6. Enter final judgment; and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This Motion is made on the grounds that the proposed Settlement, which was preliminarily approved by this Court on January 10, 2023 [Dkt. No. 32], is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class who have embraced the Settlement with a return of zero objections or requests for exclusion. The proposed Settlement should now be finally approved, as more fully discussed in the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and Entering Final Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Class Counsel, the Declaration of William Argueta on behalf of CPT Group, Inc. (to which the Court-approved Class Notice is attached), the Declaration of Plaintiff Francisco Hernandez, the Motion for Preliminary Approval of Class Action Settlement [Dkt. No. 27], the fully executed Class Action Settlement Agreement (Exhibit 1 to Declaration of James R. Hawkins in Support of Motion for Preliminary Approval [Dkt. No. 27-2]), the Order Granting Preliminary Approval of Class Action Settlement [Dkt. No. 32], and such other records and files in this action, and such other matters as may be properly presented at or before the hearing.

Respectfully Submitted,

Dated: July 11, 2023                **JAMES HAWKINS APLC**

By:   /s/ Mitchell J. Murray
       James R. Hawkins
       Christina M. Lucio
       Mitchell J. Murray

Attorneys for Plaintiff Francisco Hernandez and the Conditionally Certified Class