# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HERNANDEZ, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURRTEC WASTE & RECYCLING SERVICES, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01490-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Motion for Final Approval of Class Action Settlement" (the "Order") entered substantially concurrently herewith, and in accordance with Rules 23 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Court **GRANTS** final approval to the Parties' Class Action Settlement Agreement (the "Settlement Agreement"). The Court finds that the Settlement Agreement is fair, adequate, and reasonable; that it appears to be the product of arm's-length and informed negotiations; and that it treats all members of the class fairly. The Parties shall perform their obligations pursuant to the terms of the Settlement Agreement and the Order.

2. The following class is certified under Rule 23(c) of the Federal Rules of Civil Procedure for settlement purposes:

   Employees and/or job applicants in the United States, from May 21, 2016 through January 10, 2023 ("Class Period"), who were who authorized or were the subject of a consumer report or background check procured, or caused to be procured, for employment purposes by Defendant Burrtec Waste and Recycling Services, LLC, or its affiliates.

3. The form, manner, and content of the Class Notice meet the requirements of Rule 23(c)(2) of the Federal Rules of Civil Procedure.

4. Defendant Burrtec Waste & Recycling Services, LLC ("Defendant") shall fund the Maximum Settlement Amount (the "MSA") of $95,550 (as adjusted based on the Escalator Provision in Section III, Paragraph 43, Subsection A of the Settlement Agreement) in accordance with the terms of the Settlement Agreement, the Order, and this Judgment.

5. Plaintiff Francisco Hernandez shall be paid a Class Representative Enhancement Payment of $4,000 in accordance with the terms of the Settlement Agreement, the Order, and this Judgment.

6. Class Counsel shall be paid $31,850 in attorneys' fees and $5,991.91 in costs in accordance with the terms of the Settlement Agreement and the Order.

7. The Settlement Administrator, CPT Group, Inc., shall be paid $11,500 in settlement administration costs in accordance with the terms of the Settlement Agreement and the Order.

8. The Settlement Administrator shall disburse the MSA in accordance with the terms of the Settlement Agreement, the Order, and this Judgment.

9. As of the Effective Date and Defendant's funding of the MSA, all Class Members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Settlement Agreement, against any of the Released Parties (as defined in the Settlement Agreement).

10. The Court retains jurisdiction over the Parties, including Class Members, for the purposes of construing, enforcing, and administering the Order and Judgment, as well as the Settlement Agreement itself.

**IT IS SO ORDERED.**

Dated: August 21, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE